IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**EARNEST LEE CHAMBLISS, Jr**                                                              **PETITIONER**

v.                          Case No. 5:15-cv-00084-KGB-BD

**WENDY KELLEY, Director,**
Arkansas Department of Correction                                                          **RESPONDENT**

## ORDER

The Court has reviewed the Recommended Disposition filed by United States Magistrate Judge Beth Deere (Dkt. No. 7). Petitioner Earnest Lee Chambliss, Jr., has filed an objection to the Recommended Disposition (Dkt. No. 8), and defendant Wendy Kelley has filed a response (Dkt. No. 9). After careful review of the Recommended Disposition, the timely objections, and a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

Accordingly, Mr. Chambliss's petition for writ of *habeas corpus* is denied and dismissed with prejudice (Dkt. No. 2).

The Court directs that, in keeping with Mr. Chambliss's request, the Clerk of Clerk of send a file marked copy of Mr. Chambliss's objections to the Recommended Disposition to Mr. Chambliss at his address of record (Dkt. No. 8).

When entering a final order adverse to a *habeas corpus* petitioner, the Court must issue or deny a certificate of appealability. Rule 11 of the Rules Governing Section 2254 Cases. A certificate of appealability may issue only if a petitioner has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). In this case, there is no basis for this court to issue a certificate of appealability. Accordingly, a certificate of appealability is denied.

SO ORDERED this 7th day of January, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE