# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**EARNEST LEE CHAMBLISS, Jr.**                                   **PETITIONER**

**v.**                          **Case No. 5:15-cv-00084 KGB-BD**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**                            **RESPONDENT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby dismissed with prejudice.

SO ADJUDGED this 7th day of December, 2015.


_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE